IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| W.B. MASON CO., INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-10488 |
| ) | |
| AMERICAN DAIRY QUEEN CORPORATION, ) | |
| ) | |
| Defendant ) | |

## JOINT MOTION TO STAY ACTION

Plaintiff W.B. Mason Co., Inc. ("W.B. Mason") and Defendant American Dairy Queen Corporation ("ADQ") (collectively, the "Parties") hereby respectfully request that the Court stay this action pending ultimate resolution of W.B. Mason's *Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, or Alternatively to Transfer to District of Massachusetts* ("Motion to Dismiss"), which W.B. Mason has filed in a related case currently pending in the District of Minnesota. In support of this joint request, the Parties state as follows:

1.  On March 12, 2018, ADQ commenced litigation against W.B. Mason in the United States District Court for the District of Minnesota, *American Dairy Queen Corporation v. W.B. Mason Co., Inc.*, 0:18-cv-693-SRN-HB (the "Minnesota Action").

2.  W.B. Mason commenced this action against ADQ on March 15, 2018.

3.  The Minnesota Action involves the same parties and substantially the same issues as this dispute. Specifically, ADQ has claimed Trademark Infringement in Violation of 15 U.S.C. § 1114(1)(a); Unfair Competition by False Designation of Origin in Violation of 15

*Motion allowed; counsel shall submit a joint status report on May 8, 2019, and every 90 days thereafter.*

/s/ NMGorton, USDJ 2/8/19

1